UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SANDRA L. BENFORD and<br>JANET D. BENFORD, | )<br>)<br>) | |
| *Plaintiffs,* | ) | |
| v. | ) | No. 1:04-cv-337 |
| | ) | *Edgar* |
| BILLY JOE SMITH, | ) | |
| | ) | |
| *Defendant.* | ) | |

## **J U D G M E N T**

In accordance with the accompanying memorandum, Smith's motion to dismiss the Plaintiffs' complaint for failure to state a claim upon which relief can be granted [Doc. No. 11] pursuant to FED. R. CIV. P. 12(b)(6) is **GRANTED**. The Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the record in this case. This is a **FINAL JUDGMENT**.

SO ORDERED.

ENTER this *3rd day of June, 2005*.

　　　　　　　　　　　　　　　　　　*/s/ R. Allan Edgar*
　　　　　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE